IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: : Chapter 9
:
WESTFALL TOWNSHIP, : Case No. 5-09-02736 (JJT)
:
Debtor. :
:

PRAECIPE TO MARK WITHDRAWN THE OBJECTIONS OF
DAVID H. KATZ AND BARBARA D. KATZ TO THE
TO THE CHAPTER 9 VOLUNTARY BANKRUPTCY PETITION
OF WESTFALL TOWNSHIP (DOCKET NUMBERS 14, 15, 16 AND 31)

To the Clerk of the
U.S. Bankruptcy Court
for the Middle District of
Pennsylvania – Northern Division:

      Please mark withdrawn the Objections of David H. Katz and Barbara D. Katz to the Chapter 9 Voluntary Bankruptcy Petition of Westfall Township, which Objections were given Docket Numbers 14, 15, 16 and 31.

      This request is made pursuant to paragraph 15 of the Joint Motion and Stipulation of David H. Katz, Barbara D. Katz and Westfall Township, Debtor, to modify the automatic stay (Docket Number 54) which provides, in pertinent part:

> The parties agree that the Objections of David H. Katz and Barbara
> D. Katz to the Chapter 9 Voluntary Bankruptcy Petition of
> Westfall Township, filed at Docket Number 31, and the prior
> Objections and Amended Objection filed at Docket Numbers 14,
> 15 and 16 are all withdrawn conditioned on entry of the Court
> Order by the District Court. The parties further agree that relief
> may be entered by the U.S. Bankruptcy Court with respect to
> Westfall Township's Voluntary Chapter 9 Petition.

On August 25, 2009, United States Magistrate Judge Thomas M. Blewitt of the U.S. District Court for the Middle District of Pennsylvania entered the Court Order, thereby

satisfying the only remaining condition to withdrawal of the Objections of David H. Katz and Barbara D. Katz to the Chapter 9 Voluntary Bankruptcy Petition of Westfall Township.

WHEREFORE, the undersigned requests that the Objections at Docket Numbers 14, 15, 16 and 31 be marked withdrawn as aforesaid.

Respectfully submitted,

PEPPER HAMILTON LLP

Dated: 8.25.09      By: /s/ Miller
J. Gregg Miller, Esquire (I.D. No. 04527)
Leon Barson, Esquire (I.D. No. 59106)
Bonnie Kistler, Esquire (I.D. No. 37947)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Fax: (215) 981-4750
millerj@pepperlaw.com

Attorneys for Westfall Township, Debtor